**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

METCALFE, INC.,

        Plaintiff,

vs.

FESTMARK, INC., d/b/a FESTIVAL FOODS,

        Defendant.

Case No. 16-cv-854

## STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Metcalfe, Inc. and Defendants MDSFest, Inc., Badgerfest Inc., Albertfest Inc., Barbfest Inc., Cardinalfest, Inc., Drsfest, Inc., Festmark, Inc., Fortfest, Inc., Holmenfest, Inc., Janesfest, Inc., Kenifest, Inc., Kenoshafest, Inc., Markfest, Inc., Menashafest, Inc., Neenahfest, Inc., Pleasantfest, Inc., Sheboyganfest, Inc., Somerfest, Inc., Titanfest, Inc., Tsfest, Inc., Universityfest, Inc., Villagefest, Inc., Packfest, Inc., Bayfest, Inc., Sydfest, Inc., and Burkyfest, Inc., hereby stipulate to the dismissal *with prejudice* of all pending claims in the above-captioned action, waiving all rights of appeal, and with each party bearing its own fees and costs. This dismissal is pursuant to a confidential settlement agreement entered into by the parties.

Dated: July 26, 2017.

**MICHAEL BEST & FRIEDRICH LLP**

By: /s/Tanya M. Salman
    Tanya M. Salman, SBN 1037741
    Lori S. Meddings, SBN 1041809
    Paul E. Benson, SBN 1001457
    One South Pinckney Street, Suite 700
    P.O. Box 1806
    Madison, WI 53701-1806
    Phone: 608.257.3501
    Fax: 608.283.2275
    Email:   tmsalman@michaelbest.com
                lsmeddings@michaelbest.com
                pebenson@michaelbest.com

*Attorneys for Plaintiff*

Dated: July 26, 2017.

**FOLEY & LARDNER LLP**

By: /s/ Jeffrey A. Simmons
    Jeffrey A. Simmons, SBN 1039184
    Eric J. Hatchell, 1082542
    150 East Gilman, Suite 5000
    Madison, WI
    P.O. Box 1497
    Phone: 608.257.5035
    Fax: 608.258.4258
    Email:   jsimmons@foley.com
                ehatchell@foley.com

*Attorneys for Defendants*